IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT TAYLOR, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-0293-WS-C |
| SUSAN F. WILSON, | : | |
| Defendant. | : | |

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

**DONE** and **ORDERED** this 10th day of October, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE